# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Wisconsin

| | |
|---|---|
| United States of America<br>v.<br><br>CHRISTOPHER D. BANIA (d.o.b. XX/XX/93)<br>_____<br>*Defendant* | )<br>)  Case No.   19-M- 643<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   CHRISTOPHER D. BANIA ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

On February 28, 2019, in the State and Eastern District of Wisconsin, and elsewhere, Christopher D. Bania did possess with the intent to distribute 3,4methylenedioxymethamphetamine ("MDMA"), a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C).

Date: 3/5/19

*Issuing officer's signature*

City and state:   Green Bay, Wisconsin

Narcotics Investigator Marc Shield
*Printed name and title*

---

### Return

This warrant was received on *(date)* 3/5/19 , and the person was arrested on *(date)* 3/8/19
at *(city and state)* Green Bay, WI .

Date: 3/11/19

Subject Released to USMS Detainer on 3/8/19 by Brown Co.

*Arresting officer's signature*

R Clauss  DUSM
*Printed name and title*